

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Christus Good Shepherd Medical Center,
Appellant

No. 06-21-00031-CV        v.

Michael Sonnier, Appellee

Appeal from the 71st District Court of
Harrison County, Texas (Tr. Ct. No. 20-
0378).  Memorandum Opinion delivered by
Justice Stevens, Chief Justice Morriss and
Justice Burgess participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below.  Therefore, we reverse the trial court's order and remand this case to the trial court with instructions to dismiss Sonnier's claims against Christus and to award Christus reasonable attorney fees and costs in accordance with Section 74.351(b) of the Texas Civil Practice and Remedies Code.

We further order that the appellee, Michael Sonnier, pay all costs of this appeal.

RENDERED SEPTEMBER 3, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk